1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  This Document Relates to:                    )
                                                 )
13  *Dean Fowler v. Pfizer Inc, et al.*          )    **MDL NO. 1699**
    (07-3286 CRB)                                )    **District Judge:  Charles R. Breyer**
14                                               )
    *Orlando Archunde v. Pfizer Inc, et al.*     )
15  (07-3337 CRB)                                )
                                                 )
16  *Carroll Stith, et al. v. Pfizer Inc, et al.*)    **STIPULATION AND ORDER OF**
    (07-3338 CRB)                                )    **DISMISSAL WITH PREJUDICE**
17                                               )
    *Jessie Johnston v. Pfizer Inc, et al.*      )
18  (07-3548 CRB)                                )
                                                 )
19  *Verna Weese, et al. v. Pfizer Inc, et al.*  )
    (07-3910 CRB)                                )
20                                               )
    *Renee Klepps, et al. v. Pfizer Inc, et al.* )
21  (07-4153 CRB)                                )
                                                 )
22  *Karen James v. Pfizer Inc, et al.*          )
    (07-4740 CRB)                                )
23                                               )
    *Patricia D. Smith, et al. v. Pfizer Inc, et al.* )
24  (07-4741 CRB)                                )
                                                 )
25  *Emma-Ling Francis v. Pfizer Inc, et al.*    )
    (07-4742 CRB)                                )
26                                               )
    *Homer Swift, et al. v. Pfizer Inc, et al.*  )
27  (07-4743 CRB)                                )
                                                 )
28  *Louise Kreft, et al. v. Pfizer Inc, et al.* )

                                   -1-

EAST\42585061.1

1 | (07-4744 CRB) )

2 | *Joseph Fernald v. Pfizer Inc, et al.* )
(07-4745 CRB) )

3 | )

*Scott Cruver v. Pfizer Inc, et al.* )
4 | (07-5000 CRB) )
)
5 | *Nancy Cattanach v. Pfizer Inc, et al.* )
(07-5001 CRB) )
6 | )
*Sarah Fredricks, et al. v. Pfizer Inc, et al.* )
7 | (07-5002 CRB) )
)
8 | *Georgia McNeal v. Pfizer Inc, et al.* )
(08-4024 CRB) )

9 |

10 |     Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

11 | the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

12 | stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

13 | each side bearing its own attorneys' fees and costs.

14 |

15 |

16 | DATED: 10-29, 2009    By: _____

17 |       **WEITZ & LUXENBERG, PC**
700 Broadway
18 |       New York, New York 10003
Telephone: 212-558-5000
19 |       Facsimile: 212-344-5461

20 |       *Attorneys for Plaintiffs*

21 | DATED: Nov. 2, 2009    By: _____

22 |

23 |       **DLA PIPER LLP (US)**
1251 Avenue of the Americas
24 |       New York, New York 10020
Telephone: 212-335-4500
25 |       Facsimile: 212-335-4501

26 |       *Defendants' Liaison Counsel*

27 |

28 |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2585061.1

1    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
   **IT IS SO ORDERED.**

2

3    Dated: _____ NOV 1 3 2009 _____

4             Hon. Charles R. Breyer
            United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42585061.1